AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Carnes, Julie E. | 2. Court or Organization<br><br>Northern Division, Georgia | 3. Date of Report<br><br>05/14/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

2167 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | lawyer - self-employed; partner in law firm |
| 2. | 2012 | part-time employee; University System of Georgia |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Associated Credit Union | A | Interest | M | T | | | | | |
| 2. SunTrust Bank | B | Interest | N | T | | | | | |
| 3. SunTrust Bank Trustee | A | Interest | J | T | | | | | |
| 4. Wells Fargo Bank | A | Interest | M | T | | | | | |
| 5. ING | D | Interest | M | T | | | | | |
| 6. Municipal Elec Auth GA Due 11/01/2013 | D | Interest | | T | Redeemed | 11/01/12 | M | A | |
| 7. Prudential Life Insurance Company Annunity | A | Dividend | O | T | | | | | |
| 8. Municap Elec Auth GA Maty: 01/01/2012 | A | Interest | | T | Redeemed | 01/03/12 | M | C | |
| 9. Georgia ST HSG & FIN AU Maty: 06/01/2012 | C | Interest | | T | Redeemed | 06/01/12 | L | C | |
| 10. Athens GA Hsg Auth Rev UGARFDG East Campus 12/1/24 | C | Interest | L | T | Buy | 06/29/12 | L | | |
| 11. Clayton Cnty GA Dev Auth Rev Tuff Archives RF 07/01/2025 | C | Interest | M | T | Buy | 05/23/12 | L | | |
| 12. Fayette Co. GA Sch DT Maty: 03/01/2013 | B | Interest | L | T | | | | | |
| 13. Fulton Cnty GA Dev Auth Rev Catholic B 11/15/2023 | B | Interest | K | T | Buy | 06/06/12 | K | | |
| 14. Gainesville-Hall Cnty GA HSPRV Northeast B RF 02/15/2045 | C | Interest | L | T | Buy | 02/29/12 | L | | |
| 15. Lowndes Cnty GA Pub Facs Maty: 06/01/2013 | B | Interest | L | T | | | | | |
| 16. Liberty Co. GA Hosp Auth Maty: 08/01/2014 | B | Interest | K | T | | | | | |
| 17. Gwinnett Co. GA Wtr & Swr Maty: 08/01/2015 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GA ST Hsg&Fin AU Single Fam Mtg Sr.A,Subsr A-2-AMT due6/1/16 | B | Interest | L | T | | | | | |
| 19. Fayette Co. GA Sch DT Maty: 03/01/2017 | B | Interest | L | T | | | | | |
| 20. Cobb Cnty GA Dev Auth Rev Ser A CIFG due 7/15/17 | B | Interest | L | T | | | | | |
| 21. Gainesville GA Wtr & Sew Rev Maty: 11/15/2017 | B | Interest | L | T | | | | | |
| 22. Tampa FLA Health Sys Rev Baycare Health RF 11/15/2023 | B | Interest | L | T | Buy | 06/22/12 | L | | |
| 23. Schwab Money Market Fund (a/k/a Schwab Reserves) | C | Interest | N | T | | | | | |
| 24. American Fund (AMCAP Fund) | A | Dividend | J | T | | | | | |
| 25. American Fund (Washington Mutual Inv.) | A | Dividend | J | T | | | | | |
| 26. American Fund (Capital World Bond Fund) | A | Dividend | J | T | | | | | |
| 27. American Fund (Euro Pacific Growth Fund) | A | Dividend | J | T | | | | | |
| 28. American Fund (Investment Co. of America) | A | Dividend | J | T | | | | | |
| 29. American Fund (New Perspective Fund) | A | Dividend | J | T | | | | | |
| 30. American Fund (New Economy Fund) | A | Dividend | J | T | | | | | |
| 31. Value Line Premier Growth Fund (VALSX) | A | Dividend | K | T | | | | | |
| 32. Bestbank | A | Interest | M | T | | | | | |
| 33. Merrill Lynch Bank | A | Interest | L | T | | | | | |
| 34. BB&T Bank | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Phoenix AZ Ser A Maty: 7/01/21 | C | Interest | M | T | | | | | |
| 36. Kentucky ST PPTY & BLDGS Nov 01/18 | D | Interest | M | T | | | | | |
| 37. JEA FLA ELEC SYS REV SUB-SER SER B B RF Maty: 10/1/22 | D | Interest | M | T | | | | | |
| 38. Pennsylvania ST First Ser A Nov 01/17 | D | Interest | M | T | | | | | |
| 39. Maine Mun Bd Bk Lt Ser C Nov 01/17 | D | Interest | M | T | | | | | |
| 40. Ohio ST Major New ST Infrastructure PJ Rev 1 Jun 15/16 | D | Interest | M | T | | | | | |
| 41. ML US Treasury Money Fund | A | Interest | J | T | | | | | |
| 42. Discover Bank NA | B | Interest | | T | Redeemed | 02/27/12 | L | A | |
| 43. U.S. Trsy Inflation Note APR 15 2012 | A | Interest | | T | Redeemed | 04/16/12 | K | A | |
| 44. The Endowment Registered Fund LP | A | Dividend | O | T | | | | | |
| 45. First Eagle Overseas CL I | A | Dividend | | T | Sold (part) | 05/14/12 | K | B | |
| 46. | | | | | Buy (add'l) | 05/30/12 | J | | |
| 47. | | | | | Buy (add'l) | 06/12/12 | J | | |
| 48. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 49. | | | | | Sold | 12/03/12 | K | B | |
| 50. First Eagle Gold CL I | A | Dividend | | T | Buy (add'l) | 05/30/12 | J | | |
| 51. | | | | | Buy (add'l) | 09/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 09/07/12 | L | D | |
| 53. Pimco Unconstrained Bond Fund CL P | B | Dividend | M | T | | | | | |
| 54. Pimco Unconstrained Bond Fund CL C | A | Dividend | | T | Sold | 05/24/12 | K | A | |
| 55. Blackrock Global Allocation FD Inc INSTL | B | Dividend | K | T | Buy (add'l) | 05/30/12 | J | | |
| 56. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 57. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 58. Washington Cnty Ore. CLEAN WTR SVCS SEW REV A Maty: 10/1/19 | D | Dividend | M | T | | | | | |
| 59. Blackrock GNMA C | A | Dividend | | T | Sold | 05/24/12 | K | A | |
| 60. Blackrock Multi Asset Income Portfolio Instl (BIICX) | A | Dividend | L | T | Buy | 03/02/12 | K | | |
| 61. | | | | | Buy (add'l) | 05/30/12 | J | | |
| 62. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 63. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 64. Eaton Vance Strategic Income Fund CL C | A | Dividend | | T | Sold | 05/24/12 | K | A | |
| 65. Lord Abbett Short Duration Income Fund C | A | Dividend | | T | Sold | 05/24/12 | K | A | |
| 66. Alpine Ultra Short Tax Optimized Income Fund | A | Dividend | K | T | | | | | |
| 67. Cohen & Steers Golbal Realty Shares, Inc. CL I | A | Dividend | | T | Sold (part) | 05/14/12 | J | A | |
| 68. | | | | | Buy (add'l) | 05/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 70. | | | | | Sold | 12/03/12 | J | A | |
| 71. Goldman Sachs Strategic Income Fund CL I (GSZIX) | C | Dividend | L | T | Buy | 09/06/12 | L | | |
| 72. Ishares Barclay 7-10 Yr Treas Index Fund | A | Dividend | | T | Buy | 05/24/12 | L | | |
| 73. | | | | T | Buy (add'l) | 05/30/12 | J | | |
| 74. | | | | T | Buy (add'l) | 06/11/12 | J | | |
| 75. | | | | T | Buy (add'l) | 09/06/12 | J | | |
| 76. | | | | T | Sold | 09/07/12 | M | A | |
| 77. Ishares Trust Dow Jones Select Divid Index FD (DVY) | B | Dividend | K | T | Buy | 05/30/12 | K | | |
| 78. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 79. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 80. Pimco All Asset All Authority Fund CL P (PAUPX) | D | Dividend | M | T | Buy | 01/06/12 | K | | |
| 81. | | | | T | Buy (add'l) | 05/30/12 | J | | |
| 82. | | | | T | Buy (add'l) | 06/11/12 | J | | |
| 83. | | | | T | Buy (add'l) | 08/28/12 | J | | |
| 84. Pimco Income Fund CL P (PONPX) | C | Dividend | L | T | Buy | 01/05/12 | L | | |
| 85. | | | | T | Buy (add'l) | 02/02/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | T | Buy (add'l) | 05/30/12 | J | | |
| 87. | | | | | Buy (add'l) | 06/12/12 | J | | |
| 88. Thornburg Limited Term Municipal Fund CL I | B | Dividend | L | T | | | | | |
| 89. Blackrock Eqty Dividend Fund Instl | C | Dividend | M | T | Buy (add'l) | 05/30/12 | J | | |
| 90. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 91. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 92. Franklin Rising Dividends FD ADV CL | B | Dividend | L | T | Buy (add'l) | 05/30/12 | J | | |
| 93. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 94. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 95. Franklin Income FD ADV Class | C | Dividend | L | T | Buy (add'l) | 05/30/12 | J | | |
| 96. Loomis Sayles Strategic Inc FD CL Y | B | Dividend | K | T | Sold (part) | 05/24/12 | K | A | |
| 97. | | | | | Buy (add'l) | 05/30/12 | J | | |
| 98. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 99. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 100. Pimco Emerging Markets FD CL P (fka Developing Local Markets | A | Dividend | | T | Sold | 01/05/12 | K | A | |
| 101. Pimco Total Return Fund CL P | A | Dividend | K | T | Buy (add'l) | 05/30/12 | J | | |
| 102. | | | | | Buy (add'l) | 06/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Templeton GLBL Bond FD ADV CL | C | Dividend | L | T | Sold (part) | 05/24/12 | L | A | |
| 104. | | | | | Buy (add'l) | 05/30/12 | J | | |
| 105. | | | | | Buy (add'l) | 06/12/12 | J | | |
| 106. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 107. SPDR S&P Dividend ETF (SDY) | A | Dividend | K | T | Buy | 01/12/12 | J | | |
| 108. | | | | T | Buy (add'l) | 03/26/12 | K | | |
| 109. SCHW INTL EQ ETF (SCHF) | A | Dividend | | T | Sold | 06/19/12 | K | A | |
| 110. Parnassus Equity Income Fund Investor SH (PRBLX) | A | Dividend | K | T | | | | | |
| 111. Manning & Napier World Oppty A (EXWAX) | A | Dividend | K | T | Buy | 03/08/12 | K | | |
| 112. | | | | T | Sold (part) | 10/01/12 | L | D | |
| 113. Schwab S&P 500 Index FD (SWPPX) | A | Dividend | L | T | Sold (part) | 06/20/12 | L | A | |
| 114. | | | | T | Sold (part) | 10/01/12 | L | D | |
| 115. Scout Intl FD (UMBWX) | A | Dividend | L | T | | | | | |
| 116. Vanguard Growth (VUG) | B | Dividend | M | T | Buy (add'l) | 01/12/12 | J | | |
| 117. | | | | | Buy (add'l) | 05/30/12 | J | | |
| 118. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 119. | | | | | Buy (add'l) | 09/06/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Texas Transn Commn 4% 12 REV DUE 04/01/12 | A | Interest | | T | Redeemed | 04/01/12 | K | A | |
| 121. Washington St 5.0% 16 EXIT DB DUE 07/01/16 | A | Interest | K | T | | | | | |
| 122. SCH MUNI Money Fund | A | Interest | K | T | | | | | |
| 123. Chicago ILL Brd Ed 5% 16GO UTX DUE 12/01/16 | A | Interest | K | T | | | | | |
| 124. JEA FLA Wtr & Swr 5% 21 REV DUE 10/01/21 | A | Interest | K | T | | | | | |
| 125. Minnesota PUB FACS 5% 20 REV DUE 03/01/20 | A | Interest | K | T | | | | | |
| 126. Minnesota ST 4% 18GO UTX DUE 08/01/18 | A | Interest | K | T | | | | | |
| 127. New York NY 5% 15GO UTX DUE 11/01/15 | A | Interest | K | T | | | | | |
| 128. Ohio State 5% 14GO DUE 11/01/14 | A | Interest | K | T | | | | | |
| 129. Plano TEX INDPT SCH 5% 13GO UTX DUE 02/15/13 | A | Interest | K | T | | | | | |
| 130. Texas ST 5% 19GO DUE 10/01/19 | A | Interest | K | T | | | | | |
| 131. AMERICAN BEACON SMALL CAP VAL INV CL (AVPAX) | A | Dividend | | T | Sold | 06/19/12 | K | A | |
| 132. AMERICAN CENTURY MID CAP VALUE FD INV CL (ACMVX) | A | Dividend | K | T | | | | | |
| 133. American Century Inflation ADJ BD INV (ACITX) | A | Dividend | K | T | Buy | 10/01/12 | K | | |
| 134. BARON SMALL CAP FUND (BSCFX) | A | Dividend | K | T | | | | | |
| 135. BROWN ADVISORY GROWTH EQUITY INST (BIAGX) | A | Dividend | L | T | | | | | |
| 136. COLUMBIA CONTRARIAN CORE FD CL Z (SMGSZ) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. CURRENCYSHARES JAPANESE YEN TRUST (FXY) | A | Dividend | | T | Sold | 02/02/12 | J | A | |
| 138. EGSHARES ETF EMERGING MARKETS (ECON) | A | Dividend | J | T | Buy | 12/06/12 | J | | |
| 139. FEDERATED CLOVER SMALL VALUE FD CL A (VSFAX) | A | Dividend | | T | Sold | 06/14/12 | K | A | |
| 140. FEDERATED TOTAL RETURN BOND FD INST CL (FTRBX) | A | Dividend | K | T | Buy | 06/14/12 | K | | |
| 141. | | | | | Buy (add'l) | 10/01/12 | K | | |
| 142. FRANKLIN GROWTH FUND ADV CL (FCGAX) | A | Dividend | L | T | | | | | |
| 143. FRANKLIN RISING DIV FD ADV CL (FRDAX) | A | Dividend | L | T | Buy | 03/26/12 | K | | |
| 144. HARBOR INTERNATIONAL FUND INV CL (HIINX) | A | Dividend | | T | Sold | 01/12/12 | L | A | |
| 145. HARBOR INTERNATIONAL FUND INST CL (HAINX) | A | Dividend | L | T | Buy | 01/12/12 | L | | |
| 146. | | | | | Sold (part) | 10/01/12 | L | C | |
| 147. ISHARES DJ SELECT DIV FD SELECT DIVIDEND INDEX FD (DVY) | A | Dividend | J | T | Buy (add'l) | 05/14/12 | J | | |
| 148. | | | | | Sold (part) | 10/01/12 | K | C | |
| 149. ISHARES ETF AAA-A RATED CORPORATE (QLTA) | A | Dividend | J | T | Buy | 10/03/12 | J | | |
| 150. ISHARES FTSE EPRA NAREIT GLOBAL REAL (IFGL) | A | Dividend | K | T | Buy | 06/06/12 | J | | |
| 151. | | | | | Buy (add'l) | 08/02/12 | J | | |
| 152. ISHARES S&P U S PFD FUND S&P U S PFD STK INDEX FD (PFF) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 153. ISHARES TR BARCLAYS FUND BARCLAYS AGGREGATE BOND FUND (AGG) | A | Dividend | L | T | | | | | |
| 154. ISHARES GOLD TRUST (IAU) | A | Dividend | J | T | Sold (part) | 02/02/12 | J | A | |
| 155. ISHARES MSCI HK IDX FD HONG KONG INDEX FUND (EWH) | A | Dividend | J | T | Sold (part) | 02/02/12 | K | B | |
| 156. | | | | | Buy (add'l) | 10/03/12 | J | A | |
| 157. ISHARES MSCI GRMNY IDX GERMANY INDEX FUND (EWG) | A | Dividend | J | T | Buy | 10/03/12 | J | | |
| 158. ISHARES TR BARCLAYS 7-10 YR TREAS.BOND FD (IEF) | A | Dividend | J | T | | | | | |
| 159. ISHARES TR BARCLAYS TIPSBOND FUND (TIP) | A | Dividend | J | T | Buy | 02/02/12 | J | | |
| 160. | | | | | Sold (part) | 06/06/12 | J | A | |
| 161. | | | | | Sold (part) | 10/03/12 | J | B | |
| 162. ISHARES RUSSELL 1000 VALRUSSELL 1000 VALUE INDEX FUND (IWD) | A | Dividend | | T | Sold | 10/01/12 | L | D | |
| 163. ISHARES TR RUSSELL 1000 RUSSELL 1000 GROWTH INDEX FUND (IWF) | A | Dividend | | T | Sold | 10/01/12 | L | D | |
| 164. ISHARES TR RUSSELL 2000 RUSSELL 2000 INDEX FUND (IWM) | A | Dividend | J | T | Buy | 02/02/12 | J | | |
| 165. JENSEN QUALITY GROWTH FD CL J (JENSX) | A | Dividend | | T | Sold | 10/01/12 | L | B | |
| 166. LKCM SMALL CAP EQUITY FUND INSTITUTIONAL CLASS (LKSCX) | A | Dividend | | T | Sold | 06/19/12 | K | B | |
| 167. MARSHALL SMALL CAP GROWTH FD CL Y (MRSCX) | A | Dividend | | T | Sold | 06/19/12 | K | A | |
| 168. METROPOLITAN WEST TOTAL RETURN BOND M (MWTRX) | A | Interest | L | T | Buy (add'l) | 10/01/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. OAKMARK INTL FD CLASS I (OAKIX) | A | Dividend | L | T | Buy | 01/12/12 | K | | |
| 170. OPPENHEIMER DEVELOPING MKTS FD CL A (ODMAX) | A | Dividend | | T | Sold | 01/03/12 | K | A | |
| 171. OPPENHEIMER EQUITY INCM FD CL A (QCV3Z) | A | Dividend | L | T | | | | | |
| 172. OPPENHEIMER DEVELOPING MKTS FD CL Y (ODVYX) | A | Dividend | K | T | Buy | 01/13/12 | K | | |
| 173. PIMCO EXCH TR FUND ENHANCED SHORT MAT. STRATEGY FD (MINT) | A | Dividend | | T | Sold | 02/02/12 | J | A | |
| 174. PIMCO EXCH TRADED FUND 15+ YR US TIPS INDEX FD (LTPZ) | A | Dividend | | T | Sold (part) | 02/02/12 | J | A | |
| 175. | | | | | Sold | 10/03/12 | J | B | |
| 176. PIMCO FOREIGN BOND FD UNHEDGED CL D (PFBDX) | A | Dividend | K | T | Buy | 03/26/12 | | | |
| 177. POWERSHS DB COMMDTY INDX (DBC) | A | Dividend | J | T | Buy (add'l) | 06/06/12 | J | | |
| 178. POWERSHARES S&P ETF 500 LOW VOLATILITY (SPLV) | C | Dividend | M | T | Buy | 02/02/12 | J | | |
| 179. | | | | | Buy (add'l) | 05/14/12 | J | | |
| 180. | | | | | Buy (add'l) | 05/30/12 | J | | |
| 181. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 182. | | | | | Buy (add'l) | 06/14/12 | K | | |
| 183. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 184. | | | | | Buy (add'l) | 09/07/12 | M | | |
| 185. POWERSHARES GLOBAL ETF FUNDAMENTAL HIGH YLD USD (PHB) | A | Dividend | | T | Buy | 02/09/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Carnes, Julie E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. | | | | T | Sold | 10/03/12 | J | A | |
| 187. POWERSHS EXCH TRAD FD TR EMERGING MKTS SOVEREIGN (PCY) | A | Dividend | J | T | Buy | 10/03/12 | J | | |
| 188. POWERSHS QQQ TRUST SER 1 (QQQ) | | | | | Buy | 02/02/12 | K | | |
| 189. | A | Dividend | K | T | Sold (part) | 10/03/12 | J | A | |
| 190. RIDGEWORTH HIGH INCOME CL I: (STHTX) | A | Dividend | K | T | Buy | 03/26/12 | | | |
| 191. SENTINEL SMALL COMPANY I (SIGWX) | A | Dividend | K | T | Buy | 01/12/12 | K | | |
| 192. SPDR BARCLAYS CAPITAL HIGH YIELD BOND ETF: (JNK) | A | Dividend | | T | Buy | 02/09/12 | J | | |
| 193. | | | | | Sold | 10/03/12 | J | A | |
| 194. SPDR BARCLAYS CAP ETF SHORT TERM CORPORATE (SCPB) | A | Dividend | J | T | Buy | 02/02/12 | J | | |
| 195. | | | | | Buy (add'l) | 10/03/12 | J | | |
| 196. S P D R S&P 500 ETF TR EXPIRING 01/22/2118 (SPY) | A | Dividend | | T | Buy (add'l) | 02/02/12 | J | | |
| 197. | | | | | Sold | 06/11/12 | J | A | |
| 198. SPDR GOLD TRUST SPDR GOLD SHARES (GLD) | A | Dividend | L | T | Buy (add'l) | 02/12/12 | J | | |
| 199. | | | | | Sold (part) | 07/07/12 | J | A | |
| 200. | | | | | Buy (add'l) | 09/19/12 | K | | |
| 201. | | | | | Buy (add'l) | 10/01/12 | K | | |
| 202. VANGUARD INTL EQTY INDEX FTSE ALL WORLD EX US ETF (VEU) | A | Dividend | | T | Sold | 06/14/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. VANGUARD EQUITY INCOME FD INVESTOR SHRS (VEIPX) | A | Dividend | J | T | | | | | |
| 204. VANGUARD REIT (VNQ) | A | Dividend | K | T | Sold (part) | 02/02/12 | J | A | |
| 205. | | | | | Buy (add'l) | 06/06/12 | J | | |
| 206. | | | | | Buy (add'l) | 10/01/12 | J | | |
| 207. VANGUARD SMALL CAP VALUE (VBR) | A | Dividend | J | T | | | | | |
| 208. VANGUARD WHITEHALL FUNDS HIGH DIVIDEND YIELD (VYM) | A | Dividend | K | T | | | | | |
| 209. VANGUARD BOND INDEX FUNDTOTAL BOND MARKET ETF (BND) | A | Dividend | K | T | Buy (add'l) | 02/02/12 | J | | |
| 210. VANGUARD DIV APPRCIATION (VIG) | A | Dividend | K | T | | | | | |
| 211. VANGUARD MSCI EAFE ETF (VEA) | A | Dividend | J | T | | | | | |
| 212. VANGUARD MSCI EMERGING MARKETS ETF (VWO) | A | Dividend | J | T | Buy (add'l) | 05/30/12 | J | | |
| 213. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 214. | | | | | Sold (part) | 12/06/12 | J | A | |
| 215. VANGUARD TOTAL STOCK MKT (VTI) | A | Dividend | J | T | | | | | |
| 216. WISDOMTREE ASIA ETF LOCAL DEBT FUND (ALD) | A | Dividend | J | T | | | | | |
| 217. WISDOMTREE DIVIDEND EX FINANCIALS FUND (DTN) | A | Dividend | K | T | Buy | 03/08/12 | | | |
| 218. GENL ELEC CAP CP 5.1%15 INTERNOTE DUE 08/15/15 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 219. PRINCIPAL LIFE 5.10%14 NOTES DUE 04/15/14 | B | Interest | K | T | | | | | |
| 220. VERIZON GLOBAL 4.9%15 BONDS DUE 09/15/15 CALLABLE | B | Interest | K | T | | | | | |
| 221. LOEWS CORP 5.25%16 NOTES DUE 03/15/16 | B | Interest | K | T | | | | | |
| 222. STATE BK INDIA CD DUE 06/22/17 | A | Interest | L | T | Buy | 06/19/12 | K | | |
| 223. AMERICAN MUN PWR REV DUE 02/15/23 | B | Interest | K | T | Buy | 04/03/12 | K | | |
| 224. CALIFORNIA ST ECONO 3%13EXIT DUE 07/01/13 | A | Interest | K | T | | | | | |
| 225. LOS ANGELES CALIF GO U/LTX DUE 07/01/17 | A | Interest | K | T | Buy | 06/22/12 | K | | |
| 226. DALLAS FORT WORTH REV DUE 11/01/22 | A | Interest | K | T | Buy | 01/18/12 | K | | |
| 227. NEW YORK N Y CITY 5%17REV DUE 06/15/17 | A | Interest | K | T | | | | | |
| 228. PENNSYLVANIA ST 5%20GO UTX DUE 07/01/20 | B | Interest | K | T | | | | | |
| 229. SAN FRANCISCO CALIF GO UTX DUE 06/15/18 | B | Interest | K | T | Buy | 06/22/12 | K | | |
| 230. SAN FRANCISCO CALIF REV DUE 05/01/21 | A | Interest | K | T | Buy | 06/22/12 | K | | |
| 231. SAN FRANCISCO CALIF GO U/LTX DUE 06/15/24 | A | Interest | K | T | Buy | 06/22/12 | K | | |
| 232. VIRGINIA ST PUB SCH 5%17GO DUE 08/01/17 | A | Interest | K | T | | | | | |
| 233. TALLAHASSEE FLA HLTHFACSREV TALLAHASSEE MEM HLTHCARE 12/1/30 | C | Interest | L | T | | | | | |
| 234. GEORGIA MUN GAS AUTH GAS REV TOCCOA PROJ DUE 6/01/20 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. BLACKROCK STRATEGIC INCOME OPPRTNTS PTF | A | Dividend | K | T | Buy (add'l) | 05/30/12 | J | | |
| 236. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 237. DOUBLELINE CORE FIXED INCOME FUND CL I | B | Dividend | L | T | Buy (add'l) | 05/30/12 | J | | |
| 238. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 239. DOUBLELINE TOTAL RETURN BOND FUND CL I | C | Dividend | L | T | Buy (add'l) | 05/30/12 | J | | |
| 240. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 241. | | | | | Sold (part) | 09/05/12 | J | A | |
| 242. EATON VANCE AMT FREE MUNICIPAL INCOME CL I (EVMBX) | C | Dividend | L | T | | | | | |
| 243. FRANKLIN INCOME FD ADV | C | Dividend | K | T | Buy (add'l) | 06/11/12 | J | | |
| 244. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 245. GOLDMAN SACHS SATELLITE STRATEGIES PORT FD I | D | Dividend | M | T | Buy (add'l) | 05/30/12 | J | | |
| 246. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 247. ISHARES IBOXX $ INVT GRADE CORP BOND FUND (LQD) | A | Dividend | | T | Buy (add'l) | 05/30/12 | J | | |
| 248. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 249. | | | | | Sold (part) | 10/03/12 | J | A | |
| 250. | | | | | Sold | 12/03/12 | J | A | |
| 251. ISHARES BARCLAYS MBS BON FUND (MBB) | A | Dividend | | | Buy (add'l) | 05/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 252. | | | | | Sold | 09/05/12 | J | A | |
| 253. ISHARES MSCI EAFE INDEX FUND | A | Dividend | J | T | Buy (add'l) | 05/30/12 | J | | |
| 254. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 255. THORNBURG INVSMT INCOME BUILDER FUND CL I | C | Dividend | L | T | Buy (add'l) | 05/31/12 | J | | |
| 256. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 257. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 258. VANGUARD VALUE ETF (VTV) | C | Dividend | K | T | Buy (add'l) | 05/30/12 | J | | |
| 259. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 260. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 261. YACKTMAN FUND CL SERVICE | A | Dividend | K | T | Buy (add'l) | 05/30/12 | J | | |
| 262. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 263. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 264. K&S Cash Balance Plan | D | Dividend | M | T | Buy | 01/01/12 | | | |
| 265. Invesco Growth and Income R5 (ACGQX) | A | Dividend | J | T | Buy | 11/20/12 | | | |
| 266. JPMorgan Large Cap Growth R6 (JLGMX) | A | Dividend | J | T | Buy | 11/20/12 | | | |
| 267. RidgeWorth Intl Equity Index I (SIE1X) | A | Dividend | J | T | Buy | 11/20/12 | | | |
| 268. PIMCO Total Return Instl (PTTRX) | A | Dividend | K | T | Buy | 11/20/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Julie E. Carnes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544